IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:25-468 |
| | ) | 18 U.S.C. § 641 |
| | ) | 18 U.S.C. § 1344(1) |
| | ) | 18 U.S.C. § 1956(h) |
| v. | ) | 18 U.S.C. § 1956(a)(1)(B)(i) |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 18 U.S.C. § 982 (a)(1) |
| | ) | 18 U.S.C. § 982 (a)(2)(A) |
| | ) | 28 U.S.C. § 2461(c) |
| **EMMANUEL LEE BALDWIN** | ) | |
| **JUSTIN ISIAH HAWKINS** | ) | **INDICTMENT** |

## BACKGROUND

At all times relevant to this Indictment:

1. The defendant, **EMMANUEL LEE BALDWIN**, resided in or around Gastonia, North Carolina.

2. The defendant, **JUSTIN ISIAH HAWKINS**, resided in or around Gastonia, North Carolina.

3. The United States Department of the Treasury is a department of the executive branch of the United States government.

4. Family Trust Federal Credit Union (Family Trust) was a financial institution, as defined by Title 18, United States Code, Section 1956. Family Trust was based out of Rock Hill, South Carolina. Family Trust was federally insured by the National Credit Union Administration (NCUA).

5. Bank of America was a financial institution, as defined by Title 18, United States Code, Section 1956. Bank of America was based out of Charlotte, North Carolina. Bank of America was insured by the Federal Deposit Insurance Corporation (FDIC).

1

6.  Newick's Lobster House was a restaurant in Dover, New Hampshire.

7.  Truist Bank (Truist) was a financial institution, as defined by Title 18, United States Code, Section 1956. Bank of America was based out of Charlotte, North Carolina. Bank of America was insured by the Federal Deposit Insurance Corporation (FDIC).

8.  Routebolent LLC is a limited liability corporation registered in the state of New York. The defendant, **JUSTIN ISIAH HAWKINS**, is the registered agent of Routebolent LLC.

9.  Routebolent LLC holds a checking account at Truist.

10. IVUE Cars was a financial institution as defined by Title 31, United States Code, Section 5312(a)(2).

COUNT ONE
(Conspiracy to Commit Money Laundering)

THE GRAND JURY CHARGES:

11. Paragraphs 1 through 10, above, are incorporated by reference and are realleged as set forth herein.

12. From a time unknown to the Grand Jury, but beginning at least in or around March 13, 2023 and continuing until on or about November 21, 2023, in the District of South Carolina and elsewhere, the defendants, **EMMANUEL LEE BALDWIN** and **JUSTIN ISIAH HAWKINS**, did knowingly combine, conspire, and agree with each other and other persons, known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Sections 1956 and 1957, that is:

   a. knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, theft of government funds in violation of Title 18, United States Code, Section 641, and bank fraud in violation of Title 18, United States Codes, Section 1344, knowing the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity knowing that the property involved in the financial

transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

b. knowingly engage and attempt to engage in a monetary transaction, by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property that was a value greater than $10,000 such property having been derived from specified unlawful activity, that is, theft of government funds in violation of Title 18, United States Code, Section 1957(a).

## MANNER AND MEANS

The manner and means used to accomplish the objectives of the conspiracy included among others, the following:

13. On March 13, 2023, the defendant, **EMMANUEL LEE BALDWIN**, opened a bank account in his own name at Family Trust. The defendant, **EMMANUEL LEE BALDWIN**, listed the social security No. of M.H., a person known to the grand jury.

14. On March 13, 2023, the defendant, **EMMANUEL LEE BALDWIN**, deposited a forged and altered check from Bank of America in the amount of $2,618.71 into the Family Trust account.

15. On August 11, 2023, the defendant, **EMMANUEL LEE BALDWIN**, deposited a forged and altered check from the United States Treasury in the amount of $191,456.30 into the Family Trust account. The $191,456.30 was originally intended to be paid to Newick's Lobster House.

16. On August 22, 2023, the defendant, **EMMANUEL LEE BALDWIN**, purchased a 2015 GMC truck from IVUE Cars in Gastonia, North Carolina with funds from the Family Trust account.

17. On August 23, 2023, the defendant, **EMMANUEL LEE BALDWIN,** wrote a check in the amount of $15,900 to Routebolent, LLC from the Family Trust Account.

18. On August 29, 2023, the defendant, **EMMANUEL LEE BALDWIN**, wrote a check in the amount of $50,000 to Routebolent, LLC from the Family Trust Account.

19. December 26, 2023, the defendant, **JUSTIN ISIAH HAWKINS**, attempted to deposit a forged and altered check from the United States Treasury in the amount of $ 11,335.00 into the Family Trust account;

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 2
(Bank Fraud)

THE GRAND JURY FURTHER CHARGES:

20. On or about March 13, 2023 in the District of South Carolina, the defendant, **EMMANUEL LEE BALDWIN**, did knowingly attempt to execute a scheme and artifice to obtain the moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of a financial institution, Bank of America, by means of false and fraudulent pretenses, representations, and promises, in that the defendant, **EMMANUEL LEE BALDWIN**, did alter a check in the amount of $2,618.71 from Bank of America to make it payable to the defendant, **EMMANUEL LEE BALDWIN**, which funds he was not entitled to receive;

In violation of Title 18, United States Code, Sections 1344(1).

COUNT 3
(Theft of Government Funds)

THE GRAND JURY FURTHER CHARGES:

21. That on or about August 11, 2023 in the District of South Carolina and elsewhere, the defendant, **EMMANUEL LEE BALDWIN**, did knowingly and willfully embezzle, steal, purloin, and convert to his own use money of the United States exceeding the sum of $1,000, namely, approximately $191,456.30 in funds administered by the United States Treasury, which funds the defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

COUNT 4
(Concealment Money Laundering)

THE GRAND JURY FURTHER CHARGES:

22. Between on or about August 23, 2023, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the defendants, **EMMANUEL LEE BALDWIN, JUSTIN ISIAH HAWKINS,** and others known and unknown to the grand jury, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce in the amount of $15,900, which involved the proceeds of a specified unlawful activity, that is, theft of government funds in violation of Title 18, United States Code, Section 641, and bank fraud in violation of Title 18 United States Code, Section 1344(1) knowing the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and control of the proceeds of a specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity;

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT 5
### (Concealment Money Laundering)

THE GRAND JURY FURTHER CHARGES:

23. Between on or about August 29, 2023, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the defendants, **EMMANUEL LEE BALDWIN, JUSTIN ISIAH HAWKINS,** and others known and unknown to the grand jury, did knowingly conduct and attempt to conduct a financial transaction in the amount of $50,000 affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, theft of government funds in violation of Title 18, United States Code, Section 641, and bank fraud in violation of Title 18 United States Code, Section 1344(1) knowing the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and control of the proceeds of a specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity;

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT 6
### (Theft of Government Funds)

THE GRAND JURY FURTHER CHARGES:

24. That on or about December 26, 2023, in the District of South Carolina and elsewhere, the defendant, **JUSTIN ISIAH HAWKINS,** knowingly and willfully did attempt to embezzle, steal, purloin, and convert to his own use money of the United States exceeding the sum of $1,000, namely, approximately $11,335.00 in funds administered by the United States Treasury, which funds the defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

## **FORFEITURE**

THEFT OF GOVERNMENT FUNDS/BANK FRAUD:

Upon conviction to violate Title 18, United States Code, Sections 641 and 1344 as charged in this Indictment, the Defendants, **EMMANUEL LEE BALDWIN** and **JUSTIN ISIAH HAWKINS**, shall forfeit to the United States all of the Defendants' rights, title, and interest in and to any property, real or personal, which constitutes, is traceable to, or is derived from any proceeds the Defendants obtained, directly or indirectly, as a result of such offenses.

MONEY LAUNDERING:

Upon conviction to violate Title 18, United States Code, Sections 1956 and 1957 as charged in this Indictment, the Defendants, **EMMANUEL LEE BALDWIN** and **JUSTIN ISIAH HAWKINS**, shall forfeit to the United States any property, real or personal, which constitutes, is traceable to, or is derived from any proceeds the Defendants obtained, directly or indirectly, as a result of such offenses, and any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 and 1957.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

    A.    Proceeds/Forfeiture Judgment:

        A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the offenses charged in this Indictment, that is, a minimum of $194,075.01 in United States currency, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to the Defendants violation of 18 U.S.C. §§ 641 and 1344.

B.  Money Laundering/Forfeiture Judgment:

A sum of money equal to all property involved in the money laundering offenses charged in this Indictment, and all interest and proceeds traceable thereto, for which the Defendants are liable as the result of their violation of 18 U.S.C. §§ 1956 and 1957.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the Defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c).

A __true__ Bill

FOREPERSON

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By: _Scott Matthews_
J. Scott Matthews (# 13779)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel: 803-343-3163
Fax: 803-254-2912
Jonathan.Matthews2@usdoj.gov

8